# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:20MJ167-1
)
4046 Battleground Avenue, Apartment 3G, )
Greensboro, North Carolina, 27410 )
)

*FILED AUG 06 2020 Clerk U.S. District Court Greensboro, NC*

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Middle____ District of ____North Carolina____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____7/7/2020____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the Honorable Joe L. Webster____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____

Date and time issued: ____6/23/2020 5:15PM____

*Judge's signature*

City and state: ____Durham, North Carolina____     Joe L. Webster, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:20MJ167-1 | Date and time warrant executed:<br>6/24/20 @ 8:35 AM | Copy of warrant and inventory left with:<br>Brandon Lewis |
| Inventory made in the presence of :<br>U.S. Postal Inspector Chris Davis | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Please see attached Search Warrant Inventory Sheet related to items seized. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/27/2020

_Executing officer's signature_

Alberto Sanabria/ U.S. Postal Inspector
_Printed name and title_

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Rashad Lewis
Subject Address: 4060 (46 oz.) Battleground Ave Apt G
Date: 6/24/2020
Floor/Room No.: 3rd FL Apt 3G
Inspector(s): Sanabria
Case No.: 304/627-MF

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| IS0001118 1869 | Room B - Floor: LLC documents / corporate seal |
| A01517827 | Room B - Floor: Wyoming Thumb Drive |
| IS000118 1870 | Room E - Bed: mail from credit card companies + banks |
| A01517829 | Room C - Floor: HP laptop Model# M25X8 S/N: CND9262GH2 |
| IS000118 1871 | Room E - under laptop near window: Assorted paperwork |
| IS000118 1872 | Room E - under laptop under window: Box/children $100 Walmart Gift Cards |
| IS000118 1873 | Room E - top right hand dresser drawer: Bank statement / Mastercard cc |
| IS000118 1874 | Room E - top left dresser: mail / bank statements |
| IS000118 1875 | Room E - Floor: Gift card receipts, mail for Wyoming Grinders |
| IS000118 1876 | Room E - plastic bag: misc. receipts for giftcards |
| IS000118 1877 | Room E - under laptop: misc. paperwork |
| IS000118 1878 | Room C - on TV tray: bank statement mail |
| A01517830 | Room E - on bed: Less Iphone 8 Plus S/N: FD3X21KHJCLM |
| IS000118 1879 | Room A - papers under sink: mail for LLC's |
| IS000118 1880 | Room C Floor: Bank acct appl(icat)ion / EIN's / LLC Portfolios |
| A01517831 | Room B Floor: Wyoming thumb drive |
| IS000118 1881 | Room B Floor: 5 Bank bags containing LLC company documents |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page 1 of 1 pages

PS Form 8164, October 1993